DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Richard L. Voorhees, United States District Judge for the Western District of North Carolina, to hold a district court in the District of South Carolina in the case of <u>Nettles v. Mellon & Webster</u>, 3:12-cv-01711-JFA, filed June 21, 2012, and for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Chief Judge
Fourth Circuit

Dated _____July 23_____, 2012