DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Richard L. Voorhees, United States District Judge for the Western District of North Carolina, to hold a district court in the District of South Carolina in the case of Nettles v. Mellon & Webster, 3:12-cv-01711-JFA, filed June 21, 2012, and for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

William B. Traxler, Jr.
Chief Judge
Fourth Circuit

Dated July 23, 2012